IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC, and ICC EVALUATION SERVICE, LLC,<br><br>Plaintiffs.<br><br>v.<br><br>DRJ ENGINEERING, LLC, and DRJ ENGINEERING, LLC<br><br>Defendants. | Case No. 1:24-cv-04998<br><br>Judge John F. Kness |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court has reviewed the parties' Joint Initial Status Report, which contains a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

The parties are reminded that the pendency of a dispositive motion, such as a motion to dismiss, does not automatically cause discovery to be stayed.

| Event | Deadline |
|---|---|
| Motions to Amend the Pleadings | By leave of Court |
| Service of process on any "John Does" | Not applicable. |
| Completion of Fact Discovery | May 30, 2025 |
| Disclosure of Plaintiff's Expert Report(s) | June 30, 2025 |
| Deposition of Plaintiff's Expert | July 25, 2025 |
| Disclosure of Defendant's Expert Report(s) | August 14, 2025 |

| Deposition of Defendant's Expert | September 4, 2025 |
|---|---|
| Dispositive Motions | October 3, 2025 |

SO ORDERED.

Date: September 25, 2024

_____
JOHN F. KNESS
United States District Judge