UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC. and ICC EVALUATION SERVICE, LLC,<br><br>                Plaintiffs,<br>  v.<br><br>DRJ ENGINEERING, LLC, and DRJ ENGINEERING, LLC<br><br>                Defendants. | Civil Action No. 1:24-cv-04998 |

## MOTION TO WITHDRAW

**TO:**    Attorney Brian O'Donnell
           Attorney Brent Hawkins
           Attorney Katie Feiereisel
           Morgan Lewis
           110 N. Wacker Drive, Suite 2800
           Chicago, IL 60606-1511

           Attorney Martin Syvertsen
           Attorney Steven Pearson
           Attorney Adam Toosley
           Smith Gambell Russell Law Firm
           311 S. Wacker Drive, Suite 3000
           Chicago, IL 60606

DrJ Engineering, LLC
A Wisconsin Limited Liability Company
6300 Enterprise Lane
Madison, WI 53719

DrJ Engineering, LLC
An Illinois Limited Liability Company
6300 Enterprise Lane
Madison, WI 53719

      PLEASE TAKE NOTICE that counsel for the above-named Defendants DrJ Engineering, LLC and DrJ Engineering, LLC, Palmersheim Dettmann, S.C., by Erin E. Rome and Cathleen A. Dettmann, moves the Court to permit Palmersheim Dettmann, S.C., Erin E. Rome and Cathleen A. Dettmann, to withdraw from the representation of Defendants in

1

the above-captioned matter. This Motion is made in compliance with Wisconsin SCR 20:1.16(a)(3) and Northern District of Illinois LR83.51.16(a)(4). All Defendants have consented to counsel's withdrawal.

Dated this 21st day of October, 2024.

                                                    **PALMERSHEIM DETTMANN, S.C.**

                                                    <u>Electronically signed by Erin E. Rome</u>
                                                    Erin E. Rome
                                                    Wisconsin State Bar #1083092
                                                    Cathleen A. Dettmann
                                                    Wisconsin State Bar #1048315
                                                    Attorneys for Defendants
                                                    1424 N. High Point Road, Ste. 202
                                                    P.O. Box 628005
                                                    Middleton, WI  53562-8005
                                                    (608) 836-6400