### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

International Code Council, Inc., et al.

                                 Plaintiff,

v.                                         Case No.: 1:24–cv–04998

                                         Honorable John F. Kness

DrJ Engineering, LLC, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 25, 2024:

      MINUTE entry before the Honorable John F. Kness: The motion to withdraw [31] by counsel for Defendants, which Defendants themselves apparently do not oppose, is granted. Substitute counsel must file an appearance on or before 11/8/2024. Defendants are reminded that corporations and other limited liability entities cannot appear pro se. If these Defendants do not obtain substitute counsel, they will risk suffering a default judgment. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.