## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

International Code Council, Inc., et al.
                                            Plaintiff,

v.                                          Case No.: 1:24−cv−04998
                                            Honorable John F. Kness

DrJ Engineering, LLC, et al.
                                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 28, 2025:

  MINUTE entry before the Honorable John F. Kness: Agreed Motion to Enter Stipulated Judgment and Permanent Injunction [42] is granted. Enter separate order. I commend the parties and counsel for their settlement efforts, and I thank Magistrate Judge Valdez for presiding over the case on referral. Civil case terminated. Mailed notice. (exr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.